1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                             AT TACOMA

9    DANIEL CLARK SUMMERS,

10              Petitioner,

11          v.                                    Case No. C05-5415FDB

12   UNITED STATES OF AMERICA,                    ORDER SETTING BRIEFING
                                                  SCHEDULE
13              Respondent.

14          This is a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.  The

15   Court sets the following briefing schedule:

16          1.      Respondent United States Answer is due no later than Monday, August 1, 2005;

17          2.      Petitioner's Reply, if any, is due no later than Friday, September 2, 2005.

18          3.      The Clerk shall note this cause of action on the Court's calendar for Monday,

19          September 5, 2005.

20          SO ORDERED.

21          DATED this 29th day of June, 2005.

22

23                                        _____
                                          FRANKLIN D. BURGESS
24                                        UNITED STATES DISTRICT JUDGE

25

26   ORDER - 1