UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL CLARK SUMMERS,

       Petitioner,

   v.

UNITED STATES OF AMERICA,

       Respondent.

Case No. C05-5415FDB

ORDER SETTING BRIEFING
SCHEDULE

This is a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.  The Court sets the following briefing schedule:

1.     Respondent United States Answer is due no later than Monday, August 1, 2005;

2.     Petitioner's Reply, if any, is due no later than Friday, September 2, 2005.

3.     The Clerk shall note this cause of action on the Court's calendar for Monday, September 5, 2005.

SO ORDERED.

DATED this 29th day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1