UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL CLARK SUMMERS

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 05-5415 FDB

ORDER SETTING BRIEFING SCHEDULE

Petitioner seeks to have this Court address and correct his sentence pursuant to recent U.S. Supreme Court opinions. A briefing schedule in this 28 U.S.C. §2255 cause of action is set as follows:

(1) Respondent's Answer is **due no later than Friday, August 12, 2005;**

(2) Petitioner's Reply is **due Friday, August 26, 2005;**

(3) The clerk shall place this matter on the motion calendar for **Monday, August 29, 2005.**

ORDER - 1

DATED this 8th day of July, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2